**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> Jennifer J Andavis <br><br> Debtor(s) | Case No. 13-09469 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/11/2013.

2) The plan was confirmed on 06/26/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/10/2014.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 13-09469    Doc 53    Filed 07/09/14    Entered 07/09/14 16:33:57    Desc Main
                             Document      Page 2 of 4

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,486.00 |
| Less amount refunded to debtor | $56.00 |

**NET RECEIPTS:** $5,430.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,375.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $252.89 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,627.89

Attorney fees paid and disclosed by debtor:     $925.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 247 Green Street | Unsecured | 1,017.84 | NA | NA | 0.00 | 0.00 |
| Action Payday Loans | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | 1,485.00 | NA | NA | 0.00 | 0.00 |
| Ameriloan | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Archer Direct LLC | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 711.20 | 711.20 | 89.00 | 0.00 |
| BARBARA MILDNER | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Bayside Loan | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Cash Line | Unsecured | 1,140.00 | NA | NA | 0.00 | 0.00 |
| CCS/CORTRUST Bank | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| Chicago Central Emergency Phys | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| Chicago Central Medical Emergency | Unsecured | 1,096.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| EMP OF CHICAGO LLC | Unsecured | 1,131.00 | NA | NA | 0.00 | 0.00 |
| HBLC Inc | Unsecured | 1,462.25 | NA | NA | 0.00 | 0.00 |
| IDEALGELT | Unsecured | 400.00 | 770.00 | 770.00 | 96.37 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 750.00 | 717.50 | 717.50 | 89.80 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 651.00 | 421.15 | 421.15 | 41.81 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 230.00 | 230.33 | 230.33 | 22.86 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,880.38 | 1,880.38 | 235.33 | 0.00 |
| JRSI Inc | Unsecured | 1,405.04 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,485.00 | 1,485.00 | 185.86 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 456.41 | 456.41 | 22.48 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,158.06 | 1,158.06 | 88.70 | 0.00 |
| Marquette Bank | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| MB Marketing LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| National Payday Loan | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Pendrick Capital Partners | Unsecured | 433.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PERSONAL FINANCE | Unsecured | 4,389.00 | 3,217.07 | 0.00 | 0.00 | 0.00 |
| PERSONAL FINANCE CO | Unsecured | NA | 2,456.06 | 2,456.06 | 307.37 | 0.00 |
| PERSONAL FINANCE CO | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 109.95 |
| PREMIER BANK CARD | Unsecured | 410.00 | 409.63 | 409.63 | 40.65 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 776.55 | 776.55 | 97.19 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 400.00 | 510.00 | 510.00 | 50.62 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 2,589.88 | 2,589.88 | 2,589.88 | 324.12 | 0.00 |
| Radiological Physicians Ltd | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| University of Illinois MSP | Unsecured | 1,096.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,000.00 | $1,000.00 | $109.95 |
| **TOTAL SECURED:** | **$1,000.00** | **$1,000.00** | **$109.95** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$14,572.15** | **$1,692.16** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,627.89 |
| Disbursements to Creditors | $2,802.11 |
| **TOTAL DISBURSEMENTS** : | **$5,430.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/09/2014                              By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**